Case 16-20367-GLT    Doc 108    Filed 09/07/17    Entered 09/07/17 09:28:02    Desc Main
Document    Page 1 of 2

FILED
9/7/17 9:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-20367-GLT |
| Michael Pushinsky | : | |
| Deborah J. Pushinsky | : | Chapter 13 |
| Debtor(s) | : | |
| | : | |
| Michael Pushinsky | : | |
| Deborah J. Pushinsky | : | Related to Document No. 99 |
| Movant(s) | : | |
| | : | |
| v. | : | Hearing Date & Time: |
| | : | |
| | : | September 6, 2017 @ 10:30 A.M. |
| PNC Bank, N.A. | : | |
| Ronda J. Winnecour, Trustee | : | |
| Respondent | : | |

## ORDER

AND NOW, on this __6th__ day of __September__, 2017, upon consideration of the within Motion for Approval Loan Modification it is hereby Ordered and Directed as follows:

1. The loan modification agreement between the Debtor and PNC Bank, N.A. is approved.

2. The terms of the modification include the following changes to the mortgage:

   (a) The maturity date of the loan is October 30, 2029.
   (b) The new principal balance is $87,853.39.
   (c) The interest rate shall be 2.74% per annum on the unpaid balance.
   (d) The Escrow and Insurance payment shall not be included.
   (e) The principal plus interest shall be $653.71, per month.
   (f) The total monthly payment shall be $653.71.

3. The Debtor shall file an Amended Plan within fourteen (14) days of this Order.

4. The Debtor shall file an Amended Schedule J within fourteen (14) days of this Order.

5. The Loss Mitigation process is hereby terminated.

BY THE COURT:

_____
Gregory L. Taddonio
United States Bankruptcy Judge