FILED
8/13/21 1:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** MICHAEL J. & DEBORAH JOY PUSHINSKY
- **Case Number:** 16-20367-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 12, 2021 11:30 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#148 - Continued Confirmation of Plan Dated 2/23/2021 (FC)
R / M #: 148 / 0

**Appearances:**

- Debtor:
- Trustee: Winnecour / Pall / Katz / DeSimone  —  *Reese* (signature)
- Creditor:

COVID-19 Bankruptcy Relief Extension Act of 2021 Extension.
Pre-Act confirmation date: 8/16/18 (plan dated 2/20/18)

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 9/9/21. Objections are due on or before 9/30/21. A hearing on the Amended Plan is set for 10/28/21 @ 11:30 AM.
9. ____ Contested Hearing: _____ at _____
10. ____ Other:

8/5/2021    8:29:29AM