FILED
9/14/21 10:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 16-20367-GLT |
| | ) | |
| Michael J. Pushinsky and | ) | Chapter 13 |
| Deborah Joy Pushinsky | ) | |
| Debtor(s) | ) | Relating to Doc. No.: 166 |
| | ) | |
| Michael J. Pushinsky | ) | |
| Deborah Joy Pushinsky | ) | |
| Movant(s) | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondent | ) | |

## <u>ORDER OF COURT</u>

Counsel's Motion Requesting an Extension of Time to file an Amended Plan is **GRANTED**. It is hereby

**ORDERED, ADJUDGED**, and **DECREED** that the time for filing the Amended Plan is extended to

September 20, 2021.

Dated: September, 14, 2021

The Honorable Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-20367-GLT

Michael J. Pushinsky                                                                      Chapter 13

Deborah Joy Pushinsky
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: mgut | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael J. Pushinsky, Deborah Joy Pushinsky, 220 Sunrise Drive, Irwin, PA 15642-8830 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2021                        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | |
| | on behalf of Plaintiff Michael J. Pushinsky areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | |
| | on behalf of Attorney Albert G. Reese  Jr. areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | |
| | on behalf of Debtor Michael J. Pushinsky areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | |
| | on behalf of Plaintiff Deborah Joy Pushinsky areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |

Albert G. Reese, Jr.
    on behalf of Joint Debtor Deborah Joy Pushinsky areese8897@aol.com
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Brett A. Solomon
    on behalf of Creditor Ally Financial brett@solomon-legal.com

Brian Nicholas
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Brian M. Kile
    on behalf of Creditor Radiance Capital Receivables Ten  LLC bkile@grenenbirsic.com,
    mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Jill Locnikar
    on behalf of Defendant U.S. Small Business Administration jill.locnikar@usdoj.gov
    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jillian Nolan Snider
    on behalf of Creditor Ally Financial jsnider@fbtlaw.com  agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com


TOTAL: 13