# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-20367-GLT |
| | ) | |
| Michael J. Pushinsky | ) | Chapter 13 |
| Deborah Joy Pushinsky | ) | |
|     Debtors | ) | Doc. No.: |
| | ) | |
| Michael J. Pushinsky | ) | |
| Deborah Joy Pushinsky | ) | |
|     Movant s | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

## **DEBTOR'S STATUS REPORT REGARDING DISCHARGE ELIGIBILTY**

**AND NOW** comes the Debtors, by and through Attorney, Albert G. Reese, Jr. and the Law Office of Albert G. Reese Jr., and files the following Status Report Regarding Discharge Eligibility:

1. On February 4, 2016, Michael and Deborah Pushinsky (hereinafter "Debtors"), filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.
2. It should be noted that the Debtors filed a previous Chapter 13 bankruptcy case on April 22, 2015 at case number 15-21393-GLT. This case was converted to a Chapter 7 and the Debtors received a standard discharge on February 3, 2016.
3. The Debtors have cured the mortgage arrears and met the plan base in their pending bankruptcy proceeding.
4. As a result of the Debtors receiving a discharge under Chapter 7 within four years of filing this Chapter 13 case, the Debtors are not eligible to receive a discharge in the pending Chapter 13 proceedings.
5. Debtors are aware that their current Chapter 13 case will be closed without an Order of Discharge.

**WHEREFORE**, Counsel for Debtors provides notice to the Court and the Creditors of the current status of the Debtor's discharge eligibility.

Dated: **December 23, 2021**

Respectfully submitted by:
**/s/ Albert G. Reese, Jr., Esq.**
Albert G. Reese, Jr., Esquire
PA ID# 93813
640 Rodi Road, 2nd Floor, Ste 2
Pittsburgh, PA 15235
(412) 241-1697(P) (412) 241-1687(F)
Attorney for Debtors