**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL J. PUSHINSKY<br>DEBORAH JOY PUSHINSKY<br>　　　　Debtor(s)<br>Ronda J. Winnecour<br>　　　　Movant<br>　　　　vs.<br>MICHAEL J. PUSHINSKY<br>DEBORAH JOY PUSHINSKY | Case No.:16-20367<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR COMPLETION OF CASE AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS (NO DISCHARGE)**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in this Chapter 13 Case. The Trustee now recommends that the Court   treat thisChapter 13 case as complete.

3. Attached hereto for approval, please find the **Trustee's Report of Receipts and Disbursements** inthis case.

4. As a result of a prior bankruptcy discharge received by the debtor(s) within the statutory time period   prior to the commencement of this case, the Trustee avers that the debtor(s) is (are) not entitled to a   discharge in this case.

5. After all distribution checks have been negotiated or funds deposited into the Court's registry, the  Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and   Account** (the "Final Report").    Upon submission of the Final Report, the Trustee asks the Court to  discharge her from her duties in this case and close this case.

WHERFORE, the Trustee respectfully requests that the Court,
　　(a) Approve the Trustee's Report of Receipts and Disbursements,
　　(b) Revest property of the estate with the debtor(s),
　　(c) Terminate wage attachments, and
　　(d) Enter a final decree and close this case.

| | |
|---|---|
| December 28, 2021 | /s/   Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/04/2016 and confirmed on 4/8/16 . The case was subsequently　　　Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 160,688.99 |
| Less Refunds to Debtor | 7,705.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 152,983.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,500.00 | |
|   Trustee Fee | 7,399.25 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,899.25 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 2,754.01 | 2,754.01 | 0.00 | 2,754.01 |
|     Acct: 7248 | | | | |
|   PNC BANK NA | 17,157.15 | 17,157.15 | 0.00 | 17,157.15 |
|     Acct: 7248 | | | | |
|   PNC BANK NA | 0.00 | 33,339.21 | 0.00 | 33,339.21 |
|     Acct: 7248 | | | | |
|   WESTMORELAND COUNTY TAX CLAIM Bl | 19,240.00 | 19,240.00 | 7,220.82 | 26,460.82 |
|     Acct: 0018 | | | | |
|   ALLY FINANCIAL(*) | 21,947.50 | 21,947.50 | 2,368.74 | 24,316.24 |
|     Acct: 6610 | | | | |
|   PNC BANK NA | 4,440.22 | 4,440.22 | 1,340.14 | 5,780.36 |
|     Acct: 0363 | | | | |
|   US SMALL BUSINESS ADMINISTRATION (' | 5,602.63 | 5,602.63 | 13,476.90 | 19,079.53 |
|     Acct: 3319 | | | | |
| | | | | 128,887.32 |
| **Priority** | | | | |
|   ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J. PUSHINSKY | 2,312.00 | 2,312.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J. PUSHINSKY | 5,393.99 | 5,393.99 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALBERT G REESE JR ESQ | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 8,432.20 | 8,432.20 | 0.00 | 8,432.20 |
|     Acct: 3319 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0308 | | | | |
|   CREDITOR INFORMATION MISSING OR V. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX-GLT | | | | |
| | | | | 8,432.20 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| ALLY FINANCIAL(*) | 3,764.23 | 3,764.23 | 0.00 | 3,764.23 |
| Acct: 6610 | | | | |
| US SMALL BUSINESS ADMINISTRATION ( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3319 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3319 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3319 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3319 | | | | |
| PENN TRAFFORD SD(PENN TWP) RE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6586 | | | | |
| PENN TOWNSHIP (R/E TAX)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4406 | | | | |
| PENN TRAFFORD SD(PENN TWP) RE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6604 | | | | |
| US SMALL BUSINESS ADMINISTRATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4006 | | | | |
| WOODLAND HILLS SCHOOL DISTRICT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: A270 | | | | |
| BRIAN M KILE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,764.23 |

TOTAL PAID TO CREDITORS                                                                       141,083.75

TOTAL
CLAIMED        8,432.20
PRIORITY      71,141.51
SECURED        3,764.23

Date: 12/28/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MICHAEL J. PUSHINSKY
    DEBORAH JOY PUSHINSKY
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-20367

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20367-GLT |
| Michael J. Pushinsky | Chapter 13 |
| Deborah Joy Pushinsky | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 2 |
| Date Rcvd: Dec 28, 2021 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Pushinsky, Deborah Joy Pushinsky, 220 Sunrise Drive, Irwin, PA 15642-8830 |
| aty | + | Albert G. Reese, Jr., Law Office of Albert G. Reese, Jr., 640 Rodi Rd., 2nd Fl., Ste. 2, Pittsburgh, PA 15235-4512 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14203886 | | Bureau of Individual Taxes, Commonwealth of PA, PO Box 280432, Harrisburg, PA 17128-0432 |
| 14203890 | + | Lawrence M. Wojcik, Jr., Penn Township Treasurer, 2001 Municipal Court, Harrison City, PA 15636-1349 |
| 14203891 | + | Lawrence Wojcik, Penn Township Tax Collector, PO Box 456, Harrison City, PA 15636-0456 |
| 14174321 | + | PNC Bank, PO Box 94983, Cleveland, OH 44101-4983 |
| 14200212 | | Radiance Capital Receivables Ten, LLC, c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14268022 | + | U.S. Small Business Administration, 200 W. Santa Ana Blvd., Ste 770, Santa Ana, CA 92701-7545 |
| 14203893 | + | Westmoreland County Tax Claim Bureau, 40 N. Pennsylvania Ave, Suite 109, Greensburg, PA 15601-2341 |
| 14203894 | + | Woodland Hills SD Tax Office, 2071 Ardmore Blvd, Pittsburgh, PA 15221-4644 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 28 2021 23:20:29 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14174320 | | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 23:09:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14203888 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2021 23:09:00 | Department of Treasury, Internal Revenue Service, Andover, MA 01810-9041 |
| 14203892 | + | Email/Text: birminghamtops@sba.gov | Dec 28 2021 23:09:29 | Small Business Adminstration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | Radiance Capital Receivables Ten, LLC |
| 14203887 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of Treasury, Internal Revenue Service, Cincinnati, OH 45999 |
| 14203889 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Operations, PO Box 21126, Philadelphia, PA 19114-0326 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

Case 16-20367-GLT    Doc 200    Filed 12/30/21    Entered 12/31/21 00:23:10    Desc
Imaged Certificate of Notice    Page 6 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 2 of 2 |
| Date Rcvd: Dec 28, 2021 | Form ID: pdf900 | Total Noticed: 16 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Michael J. Pushinsky areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Deborah Joy Pushinsky areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Joint Debtor Deborah Joy Pushinsky areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Plaintiff Michael J. Pushinsky areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Attorney Albert G. Reese  Jr. areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor Radiance Capital Receivables Ten  LLC bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Jill Locnikar | on behalf of Defendant U.S. Small Business Administration jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jillian Nolan Snider | on behalf of Creditor Ally Financial jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 13