# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No.: 16-20367-GLT |
| Michael J. Pushinsky | Chapter 13 |
| Deborah J. Pushinsky | |
|     Debtors | Doc. No.: |
| Michael J. Pushinsky | Hearing Date & Time: 01/12/2022 |
| Deborah J. Pushinsky | @ 9:30 a.m. |
|     Movant | |
| v. | |
| U.S. Small Business Administration | |
|     Respondent | |

## CERTIFICATION OF NO OBJECTION
## REGARDING MOTION FOR APPROVAL OF LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Approval of Loan Modification, filed on December 15, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Approval of Loan Modification appears thereon. Pursuant to the Notice of Hearing, a response to the Motion for Approval of Loan Modification was to be filed and served no later than January 3, 2022.

It is hereby respectfully requested that the Order attached to the Motion for Approval of Loan Modification be entered by the Court.

Dated: **January 4, 2022**　　　　　　　　　By:　　**/s/ Albert G. Reese, Jr., Esq.**
　　　　　　　　　　　　　　　　　　　　　　　　　Albert G. Reese, Jr., Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　PA ID #93813
　　　　　　　　　　　　　　　　　　　　　　　　　Law Office of Albert G. Reese, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　640 Rodi Road, FL. 2, Suite 2
　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15235
　　　　　　　　　　　　　　　　　　　　　　　　　412-241-1697 (telephone)
　　　　　　　　　　　　　　　　　　　　　　　　　412-241-1687 (fax)
　　　　　　　　　　　　　　　　　　　　　　　　　areese8897@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors