# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-20367-GLT |
| | ) | |
| Michael J. Pushinsky | ) | Chapter 13 |
| Deborah Joy Pushinsky | ) | |
|    Debtors | ) | Doc. No.: |
| | ) | |
| Michael J. Pushinsky | ) | |
| Deborah Joy Pushinsky | ) | |
|    Movant s | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent | ) | |

## DEBTOR'S STATUS REPORT REGARDING ORDER OF COURT DATED JANUARY 4, 2022

**AND NOW** comes the Debtors, by and through Attorney, Albert G. Reese, Jr. and the Law Office of Albert G. Reese Jr., and files the following Status Report:

1. On February 4, 2016, Michael and Deborah Pushinsky (hereinafter "Debtors"), filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.
2. On January 4, 2022, the Court ordered the Debtors to file an amended chapter 13 plan to incorporate the approval of the Debtors loan modification with U.S. Small Business Administration.
3. On January 8, 2022, the Debtors filed an amended schedule J.
4. The Debtors provide notice to the Court and the Creditors that the Debtors have completed the Plan and as a result and amend plan does not need to be filed.

**WHEREFORE**, Counsel for Debtors provides notice to the Court and the Creditors that the Debtors have completed the Plan.

Dated: **January 8, 2022**

Respectfully submitted by:
**/s/ Albert G. Reese, Jr., Esq.**
Albert G. Reese, Jr., Esquire
PA ID# 93813
640 Rodi Road, 2nd Floor, Ste 2
Pittsburgh, PA 15235
(412) 241-1697(P) (412) 241-1687(F)
Attorney for Debtors